UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00278-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DAVID J. LAWLESS,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, August 29, 2011,** and responses to these motions shall be filed by **Monday, September 12, 2011.**  It is

FURTHER ORDERED that counsel may request a hearing on all pending motions and/or final trial preparation conference, if necessary, at a future date.  It is

FURTHER ORDERED that a 5-day jury trial is set for **Monday, October 3, 2011 at 9:00 a.m. in courtroom A-1002.**

Dated:  July 27, 2011

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge