UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.     11-cr-00278-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   DAVID J. LAWLESS,

        Defendant.

---

**ORDER**

---

        This matter is before the Court upon a review of the file.   On February 16, 2012,

counsel for both parties came to my chambers in order to schedule a jury trial in this

matter.   Based on the conversation in my chambers, it is

        ORDERED that defense counsel shall file any initial motions to continue the trial

date, as discussed in my chambers on February 16, 2012, not later than **Friday,**

**February 17, 2012.**   It is

        FURTHER ORDERED that a 10-day jury trial is set for **Monday, February 27,**

**2012 at 9:00 a.m. in courtroom A-1002.**

        Dated:  February 16, 2012

                                        BY THE COURT:


                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge