**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | December 20, 2012 | Probation: | Jeannette R. Woll |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Tammy Hoffschildt | | |

Criminal Case No:  **11-cr-00278-WYD**          Counsel:

UNITED STATES OF AMERICA,                Gregory A. Holloway

        Plaintiff,

v.

**1.  DAVID J LAWLESS**,                   Michael S. Axt
                                            Andres R. Guevara

        Defendant.

**SENTENCING**

**10:09 a.m.**     Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Thursday, October 4, 2012, at 10:00 a.m.
> Plea of Guilty - count 2 of Superseding Indictment**

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

10:11 a.m.     Statement on behalf of Defendant (Mr. Axt).

10:23 a.m.     Statement on behalf of Government (Mr. Holloway).

10:36 a.m.     Statement on behalf of Defendant (Mr. Axt).

10:51 a.m.     Statement on behalf of Defendant by Jill Farrand.

| | |
|---|---|
| 10:55 a.m. | Statement on behalf of Defendant by Tom Lawless. |
| 10:56 a.m. | Statement on behalf of Defendant by Dan Lawless. |
| 11:08 a.m. | Statement on behalf of Defendant by Patricia Lawless. |
| 11:12 a.m. | Statement on behalf of Defendant (Mr. Axt). |
| 11:13 a.m. | Statement on behalf of Probation (Ms. Woll). |
| 11:13 a.m. | Statement on behalf of Government (Mr. Holloway). |
| 11:13 a.m. | Statement on behalf of Defendant (Mr. Axt). |
| 11:14 a.m. | Statement on behalf of Government (Mr. Holloway). |
| 11:21 a.m. | Statement by Defendant on his own behalf (Mr. Lawless). |

Court makes findings.

Court **ACCEPTS** plea of guilty.

**ORDERED:** Government's Motion for Downward Departure (ECF Doc. No. 90), filed December 6, 2012, is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **240** months.

**Court STRONGLY RECOMMENDS that the Bureau of Prisons place the defendant at a facility with the Residential Drug Abuse Program (R.D.A.P.) and a mental health counseling component.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED: Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:    Special Condition(s)** of **Supervised Release** are:

(X) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the term of supervision and shall pay the cost of treatment as directed by the probation officer.  If deemed necessary, the defendant shall ingest monitored Antabuse if it is not medically contraindicated.

(X) The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

(X) The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist.  The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

(X) The defendant shall submit his or her person, property, house, residence, papers, or office to a search conducted by a United States probation officer.  Failure to submit to a search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.

|     |     |
| --- | --- |
| (X) | The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence. |
| (X) | The defendant shall make payment on the restitution obligation that remains unpaid at the commencement of supervised release.  Within 60 days of release from confinement, the defendant shall meet with the probation officer to develop a plan for the payment of restitution.  This plan will be based upon the defendant's income and expenses. |
| (X) | As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case. |

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** The Court finds that the defendant does not have the ability to pay a fine, so the court will waive the fine in this case.

**ORDERED:** Government shall file a request for restitution if it determines that restitution is appropriate.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss Counts One and Counts Three Through Seven of the Supersding Indictment at Time of Sentencing (ECF Doc. No. 91), filed December 6, 2012, is **DENIED AS MOOT.**

**ORDERED:** Government shall file an Amended Motion to Dismiss and submit a proposed form of order not later than **Thursday, December 20, 2012.**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:45 a.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:36**