UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00278-WYD

DAVID J. LAWLESS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____

**ORDER GRANTING CERTIFICATE OF APPEALABILITY**
_____

David J. Lawless has moved the Court for an Order granting a certificate of appealability. The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Movant's Motion for Certificate of Appealability (ECF No. 132) is **GRANTED.**

    1.    Mr. Lawless's Motion to Vacate presents a constitutional claim.

    2.    The claim that the Court certifies for appeal is the sole claim presented in Mr. Lawless's Motion to Vacate: whether Mr. Lawless's conviction under 18 U.S.C. § 924(c) is infected with remedial constitutional error under the principles announced in *United States v. Johnson*, 135 S. Ct. 2551 (2015).

    3.    Reasonable jurists could debate whether Mr. Lawless's § 924(c) conviction is being sustained by the residual clause and whether § 924(c)'s residual clause is unconstitutionally vague.

4. Reasonable jurists could also debate whether Mr. Lawless's claim has substantive merit, whether his motion is barred by waiver, and whether his motion is sufficiently based on *Johnson* that he could proceed under 28 U.S.C. § 2255(f)(3) and, thus, whether his claim was timely.

Wherefore, the Court hereby ISSUES a certificate of appealability.

IT IS SO ORDERED.

Dated: August 10, 2017.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE